**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KENNETH EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>LEAH WHITE, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 3:16-CV-00547<br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SCHWAB) |

## ORDER

**NOW**, this 14th day of November, 2016, **IT IS HEREBY ORDERED** that:

(1)   Magistrate Judge Schwab's Report and Recommendation (Doc. 15) is **ADOPTED in its entirety**.

(2)   Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 4) is **DENIED**.

(3)   Plaintiff's Complaint is (Doc. 1) is **DISMISSED without prejudice**.

(4)   Plaintiff's motion to appoint counsel (Doc. 3) is **DENIED as moot**.

(5)   Plaintiff's motion to amend the Complaint (Doc. 9) is **DENIED as moot**.

(6)   Plaintiff's motion requesting documents (Doc. 12) is **DENIED as moot**.

(7)   The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge